IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN HOUSTON,

      Plaintiff,                       No. CIV S-09-0178 EFB P

      vs.

MIKE KNOWLES, et al.,

       Defendants.              <u>ORDER</u>

_____/

     Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

     Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted the required trust account statement or the institutional equivalent.

////

////

1  Accordingly, plaintiff has 30 days from the date this order is served to submit the
2  required trust account statement and a completed application to proceed *in forma pauperis*. The
3  Clerk of the Court is directed to send plaintiff a new Application to Proceed *In Forma Pauperis*
4  By a Prisoner. Failure to comply with this order may result in this action being dismissed.
5  So ordered.
6  DATED: February 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE