IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN HOUSTON,

    Plaintiff,　　　　　　　　　　No. CIV S-09-0178 GEB EFB P

  vs.

MIKE KNOWLES, et al.,

    Defendants.　　　　　　　　　ORDER
_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

    In his motion for counsel, plaintiff indicates that his medical condition and medications make prosecution of this action very difficult for him. If his condition or medication cause plaintiff to be unable to prepare court documents within the required time-frames, plaintiff may seek extensions of time from the court.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's April 12, 2011 motion for
2  appointment of counsel is denied.
3  DATED: April 18, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE