1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KELVIN HOUSTON,

11          Plaintiff,                    No. CIV S-09-0178 GEB EFB P

12       vs.

13   MIKE KNOWLES, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On March 3, 2011, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days from the

22   date the findings and recommendations were served.  Plaintiff has filed objections to the findings

23   and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   ////

1

1  file, the court finds the findings and recommendations to be supported by the record and by

2  proper analysis.

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.  The findings and recommendations filed March 3, 2011, are adopted in full.

5          2. Plaintiff's January 27, 2011 motion for a temporary restraining order (Docket

6  No. 54), to the extent it seeks an order directing his release from Administrative Segregation or

7  otherwise nullifying discipline that is unrelated to the claims raised in the complaint, is denied.

8          3.  Plaintiff's motion to vacate the order of January 19, 2011 (Docket No. 56) is

9  denied.

10          4.  Plaintiff's motions for entry of default judgment against defendants (Docket

11  Nos. 42-47) are denied.

12     So ordered.

13  Dated:  May 10, 2011

14

15  _____
   GARLAND E. BURRELL, JR.

16     United States District Judge

17

18

19

20

21

22

23

24

25

26