1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KELVIN HOUSTON,

11          Plaintiff,                      No. 2:09-cv-0178 GEB EFB P

12       vs.

13   MIKE KNOWLES, et al.,

14          Defendants.                     ORDER

15   _____/

16       Plaintiff, a state prisoner proceeding in forma pauperis, *see* Dckt. No. 19, seeks relief

17   pursuant to 42 U.S.C. § 1983.  On November 20, 2012, this action was dismissed and judgment

18   duly entered.  On December 28, 2012, plaintiff filed a notice of appeal.  On January 18, 2013,

19   plaintiff filed a motion for leave to proceed in forma pauperis.  The Federal Rules of Appellate

20   Procedure provide as follows:

21       A party who was permitted to proceed in forma pauperis in the district-court
         action . . . may proceed on appeal in forma pauperis without further authorization
22       unless the district court . . . certifies that the appeal is not taken in good faith or
         finds that the party is not otherwise entitled to proceed in forma pauperis . . . .
23

24   Fed. R. App. P. 24(a)(3).  This court has not certified that plaintiff's appeal is not taken in good

25   faith and has not otherwise found that plaintiff is not entitled to proceed on appeal in forma

26   pauperis.

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed in

2   forma pauperis on appeal (Dckt. No. 115) is denied as unnecessary.  *See* Fed. R. App. P. 24(a).

3   Dated:  January 30, 2013.

4
_____
EDMUND F. BRENNAN

5
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2